**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Miguel Angel ALONSO–OLAYO,**
**Defendant–Appellant.**

**No. 14–41432**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 18, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Evan Gray Howze, Margaret Christina Ling, Assistant Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender'S Office, Houston, TX, for Defendant–Appellant.

Miguel Angel Alonso–Olayo, Pecos, TX, pro se.

Before JOLLY, GRAVES, and COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Miguel Angel Alonso–Olayo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Alonso–Olayo has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Alonso–Olayo's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, Alonso–Olayo's request for the appointment of new counsel is DENIED, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.